IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ALYSE MAYER                                                                                           PLAINTIFF

v.                                          CIVIL NO. 21-5198

KILOLO KIJAKAZI,  Acting Commissioner
Social Security Administration                                                          DEFENDANT

## O R D E R

On November 15, 2021, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of the Social Security Administration. (Doc. 2). Plaintiff filed a request for leave to proceed *in forma pauperis* (IFP) on the same date. (Doc. 3). In the application, Plaintiff indicated that she received no income or support from other sources but had over $1,200.00 in regular monthly expenses. The Court has questions regarding how Plaintiff is able to meet the daily necessities of life such as shelter and clothing.

Plaintiff is hereby directed to complete the Administrative Office 239 form[1] on or before **November 29, 2021.**

IT IS SO ORDERED this 15th day of November 2021.

/s/     *Christy Comstock*
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE

---

[1] The form can be found on the public website, www.arwd.uscourts.gov.