IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ALYSE MAYER                                                                                      PLAINTIFF

v.                                         CIVIL NO. 21-5198

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration                                                                   DEFENDANT

# **O R D E R**

On November 15, 2021, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of the Social Security Administration. (ECF No. 2). Plaintiff also filed a request for leave to proceed *in forma pauperis* on the same date. (ECF No. 3). By Order dated November 15, 2021, the Court sought additional information regarding Plaintiff's application on or before November 29, 2021. (ECF No. 7).

Plaintiff provided the additional information on November 27, 2021. (ECF No. 8). After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered this 29th day of November 2021:

IT IS HEREBY ORDERED that Plaintiff's motion for leave to proceed *in forma pauperis* is granted. (ECF Nos. 3, 5, 8). The Court hereby directs that a copy of the complaint, along with a copy of this order, be served by the Plaintiff by certified mail, return receipt requested, on the Defendant, Kilolo Kijakazi, Acting Commissioner, Social Security Administration, as well as,

Merrick B. Garland, U.S. Attorney General, and Candace Taylor, Assistant U.S. Attorney. The Defendant is ordered to answer within sixty (60) days from the date of service.

    IT IS SO ORDERED.

                                          /s/    *Christy Comstock*
                                        HON. CHRISTY COMSTOCK
                                        UNITED STATES MAGISTRATE JUDGE