IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ALYSE MAYER                                                      PLAINTIFF


        v.                          Civil No. 21-5198


KILOLO KIJAKAZ, Acting Commissioner
Social Security Administration                                  DEFENDANT


## **O R D E R**

Now on this 21st day of April 2022, comes on for consideration Defendant's motion for

leave to exceed the page limitation for her appeal brief.  (ECF No. 18).  For good cause shown,

the Court hereby **grants** Defendant's motion.

IT IS SO ORDERED.

/s/    *Christy Comstock*

HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE